UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00224-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KATRINA MINETTE BAKKE,

       Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#12)** on August 2, 2006 by Defendant Katrina Minette Baake.  The Court construes this Notice

as a motion to change his/her plea and to have the Court consider the terms of the parties' plea

agreement.

      **IT IS THEREFORE ORDERED** that:

1.      Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

pending determination of those matters.

2.      A Change of Plea hearing is set for **September 11, 2006** at **9:15 a.m.** in the

United States District Court for the District of Colorado, Courtroom A901, Alfred

A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.      The final trial preparation conference set for August 16, 2006 and the August 21,

2006 trial date are **VACATED**.

Dated this 2nd day of August, 2006.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge