IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover    Date: November 27, 2006
Court Reporter: Paul Zuckerman
Probation Officer: Tom Destito

Criminal Action No. 06-cr-00224-MSK

*Parties*:                               *Counsel*:

UNITED STATES OF AMERICA,                Chris Matz

       Plaintiff,

v.

KATRINA MINETTE BAAKE,                   Robert Brown

       Defendant.

---

### SENTENCING MINUTES

**10:46 a. m.    Court in session**.

Defendant present on bond.

**Change of Plea Hearing on September 11, 2006.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report.

The Court inquires whether the parties dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report or the supplemental addendum.

The Court inquires whether the parties contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Statements by the Government and defendant regarding the Govenent's Motion for Downward Departure.

Allocution.

Discussion regarding defendant's counsel not being aware of information contained in the addendum filed to presentence investigation report.  Hearing recessed to allow defendant to speak to her attorney.

**10:58 a.m.    Court in recess**

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**11:07 a.m.      Court in session**

Continued Allocution.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**     The Government's Motion for Downward Departure (**Doc. #19)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED TO A NON-GUIDELINE SENTENCE AS FOLLOWS:**

**SUPERVISED RELEASE:**

Defendant is sentenced to a period of 3 years of supervised release, 10 months of which will be on home detention to commence within 21 days of the date of this judgment.

**Conditions of supervised release :**

- (X) Defendant shall comply with the 14 standard conditions adopted by the Court, with the exception that full-time employment can be satisfied by a full-time educational program and part-time employment..
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of a DNA sample as directed by the probation officer.

**Special conditions of supervised release :**

- (X) Defendant shall participate in a program of testing and treatment for d**rug/alcohol** abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. If defendant is able, defendant will be required to pay for the cost of treatment as directed by probation.
- (X) Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer. To the extent defendant is able, defendant shall pay the cost of the treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treating agency all psychological reports and/or presentence reports for the continuity of treatment.
- (X) Defendant shall be placed on home detention for a period of (10) months, to commence within (21) days of sentencing. During this time defendant

Sentencing Minutes
Judge Marcia S. Krieger
Page 3

- (X) shall remain at place of residence except for employment and other activities approved in advance by the probation officer.
- (X) Defendant shall maintain a telephone at place of residence without special services, modems, answering machines, or cordless telephones for the above period.
- (X) Defendant shall wear an electronic monitoring device and shall observe the rules specified by the probation department. Defendant will be required to pay the cost of electronic monitoring as directed by the probation officer, to the extent she is able to pay for same.
- (X) Defendant shall wear an electronic monitoring device and shall observe the rules specified by the probation department. Defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.
- (X) Defendant shall work with the probation officer in development of a monthly budget which you review with the probation officer quarterly.

**FINE:**

No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**

Defendant shall pay restitution in the amount of $2,785.29, in accordance with a schedule of payments to be developed by the defendant and the probation officer within 60 days of the date the supervised release period begins. The plan will be based upon the defendant's income and expenses and will be reviewed every quarter thereafter.

Interest is waived.

Disbursement of restitution payments may be deferred until the balance of the court registry account totals at least $1,000.00. Payments are to be made to the Clerk of the United States District Court for disbursement to the payee, First Bank.

**SPECIAL ASSESSMENT FEE:**

Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDER:**   Bond is exonerated.

**11:55 a.m.    Court in recess.**

Total Time:   1 hour
Hearing concluded.