UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00224-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KATRINA MINETTE BAKKE,

       Defendant.

---

**ORDER AND NOTICE OF HEARING**

---

**IT IS HEREBY ORDERED** that a hearing on violation of supervised release will be held on **April 5, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 12th day of February, 2007

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge