UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00224-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KATRINA MINETTE BAKKE,

        Defendant.

---

## ORDER

---

        Due to a scheduling conflict,

        **IT IS ORDERED** that the supervised release violation hearing in this matter set to commence on April 5, 2007 is **VACATED** and reset to **April 12, 2007 at 8:30 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado. Any objections to resetting must be filed within 10 days, any response to the objection must be filed within 3 days.

        Dated this 22nd day of March, 2007

        **BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge