UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00224-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KATRINA MINETTE BAKKE,

       Defendant.

## ORDER GRANTING MOTION TO RESET HEARING

THIS MATTER is before the Court on the Motion by the Government to Reset the Supervised Release Hearing **(#42)**, the defendant having no objection. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#42) is GRANTED.** The supervised release violation hearing currently set for **April 12, 2007 is VACATED** and reset to **April 16, 2007 at 4:00 p.m.**

Dated this 23rd day of March, 2007

       **BY THE COURT:**

       */s/ Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge