UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00224-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

KATRINA MINETTE BAKKE,

  Defendant.

---

**ORDER RESETTING SUPERVISED RELEASE VIOLATION HEARING**

---

  THIS MATTER comes before the Court *Sua Sponte*. Due to the scheduling of a criminal trial,

  **IT IS ORDERED** that the Sentencing hearing scheduled to commence **April 16, 2007 is VACATED** and **RESET to April 20, 2007 at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

  Dated this 12th day of April, 2007

            **BY THE COURT:**

            *Marcia S. Krieger*

            Marcia S. Krieger
            United States District Judge