UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00224-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KATRINA MINETTE BAKKE,

        Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION AND REQUEST TO RESET TIME OF HEARING**

---

THIS MATTER comes before the Court on the Unopposed Motion and Request to Reset Time of Hearing **(#45)**. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#45) is GRANTED**. The time of the hearing scheduled for **April 20, 2007 is RESET to 10:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 13th day of April, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge