UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00224-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KATRINA MINETTE BAKKE,

      Defendant.

### ORDER SETTING DATE FOR RESPONSE TO MOTION

THIS MATTER comes before the Court on the Motion to Modify Conditions of Supervised Release Pursuant to 18 U.S.C. 3583(e)(2) and Fed.R.Crim.P. 32.1(c) (Motion) filed November 1, 2007, **(#51)** by Defendant. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **November 12, 2007.** Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. In the absence of a timely objection:

1)      The Court may grant the above-described Motion; and

2)      The movant shall submit a proposed order in hard copy or to

      krieger_chambers@cod.uscourts.gov.

DATED this 1st day of November, 2007.

**BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
United States District Judge