IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00224-MSK-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KATRINA MINETTE BAAKE,

    Defendant.

---

## ORDER AMENDING RESTITUTION

---

The matter is before the court on a report by the probation officer that 1st Bank suffered no monetary loss, but rather individual merchants suffered a loss because the bank returned the checks to them unpaid. There being no objection by the parties, it is therefore

ORDERED that the restitution previously ordered payable to 1st Bank is payable as follows in the following amounts:

| | |
|---|---|
| Circuit City #339<br>9379 Sheridan Boulevard, #300<br>Westminster, Colorado 80031 | $ 242.91 |
| Pier One<br>9430 Sheridan Boulevard<br>Westminster, Colorado 80031 | $ 125.73 |
| Diamond Shamrock<br>7396 W. 92nd Avenue<br>Westminster, Colorado 80021 | $ 49.31 |
| Home Depot #1507<br>7990 W. Crestline Avenue<br>Denver, Colorado 80123 | $ 322.73 |
| Englewood Lock and Safe, Inc.<br>4310 S. Broadway<br>Englewood, Colorado 80113 | $ 516.15 |
| Kohls<br>11875 Sheridan Boulevard<br>Westminster, Colorado 80020 | $ 198.88 |

| | |
|---|---|
| Shoe Carnival<br>7111 W. Alameda Avenue, #B<br>Lakewood, Colorado 80226 | $ 181.17 |
| Dick's Sporting Goods #466<br>7313 W. Alaska Drive<br>Lakewood, Colorado 80226 | $ 592.07 |
| Winchells<br>7930 Sheridan Boulevard<br>Arvada, Colorado 80003 | $ 19.06 |
| Pawn Bank<br>2815 South Broadway<br>Englewood, Colorado 80113 | $ 537.25 |
| TOTAL | $2,785.26 |

It is further ORDERED that each victim receive an approximately proportional payment based on the victim's share of the total loss. It is

FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

DATED at Denver, Colorado, this 11th day of February, 2008.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge